IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 04 CR 793 |
| | ) | |
| BRIAN PFEIFFER, TIFFINI GURGANUS, | ) | |
| and ARKADIUSZ DOBROGOWSKI, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION AND ORDER

Defendant Brian Pfeiffer moves to dismiss that portion of the indictment that charges him with a conspiracy involving over 200 grams of an illegal drug, leaving him charged with 73 grams. That motion is denied.

Defendant Pfeiffer contends that the facts demonstrate that he was not involved in the Count Three 206 gram transaction, at least not to the point that he is criminally liable for it. Perhaps that is true, but that is a matter to be explored at trial. For now, the indictment charges him with being a member of a conspiracy involving more than 200 grams, and, although the government has come up with its version of the facts, we cannot resolve this matter upon a battle of briefs.

　　　　　　　　　　　　　　　　　　　　　　　　_James B. Moran_
　　　　　　　　　　　　　　　　　　　　　　　　JAMES B. MORAN
　　　　　　　　　　　　　　　　　　　　　　　　Senior Judge, U. S. District Court

_Aug. 29_, 2006.